# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WAYNE SHUE, JR., ) | 1:05-cv-00504-AWI-TAG HC |
| ) | |
| Petitioner, ) | ORDER GRANTING RESPONDENT'S |
| ) | MOTION FOR EXTENSION OF TIME TO |
| v. ) | FILE RESPONSE (Doc. 29) |
| ) | |
| JOSEPH L. McGRATH, et al., ) | |
| ) | |
| Respondents. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This action has been referred to this Court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72-302.

On March 13, 2007, the Court ordered Respondent to file a response. (Doc. 27). On June 11, 2007, Respondent filed the instant motion for extension of time to file the response. (Doc. 29). Respondent requests an extension of time of forty-five days, citing the delay in receiving the appellate record from the Superior Court of the State of California. (Id.).

GOOD CAUSE appearing therefor, Respondent's motion for extension of time (Doc. 29), is GRANTED. Respondent has forty-five days from the date of service of this order to file the response.

IT IS SO ORDERED.

Dated:  **June 14, 2007**                              /s/ Theresa A. Goldner
                                                                    UNITED STATES MAGISTRATE JUDGE