UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY WAYNE SHUE, JR, | ) | 1:05-CV-0504 AWI TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| v. | ) | |
| | ) | ORDER DENYING MOTIONS FOR |
| D. K. SISTO, | ) | DEFAULT JUDGMENT |
| | ) | |
| Respondent. | ) | (Documents #34 & #35) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 14, 2008, the Magistrate Judge issued Findings and Recommendations that recommended Petitioner's motions for default judgment be denied. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty (20) days of the date of service of the order. Over twenty days have passed, and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having reviewed the entire file, the court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued on February 14, 2008 are ADOPTED IN FULL; and
2. The motions for default judgement are DENIED.

IT IS SO ORDERED.

**Dated:     March 13, 2008**                    /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE